FILED
1998 NOV -4 AM 9:33
U.S. DISTRICT COURT
N.D. OF ALABAMA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
MIDDLE DIVISION

| | |
|---|---|
| VINCENT O'NEAL MOORE, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 98-B-0244-M |
| ) | |
| WARDEN BILLY MITCHELL and ) | |
| THE ATTORNEY GENERAL FOR ) | |
| THE STATE OF ALABAMA, ) | |
| ) | |
| Respondents. ) | |

ENTERED
NOV 04 1998

## MEMORANDUM OF OPINION

The court has considered the entire file in this action together with the Magistrate Judge's Report and Recommendation and the objection of the petitioner[1] and has reached an independent conclusion that the Magistrate Judge's Report and Recommendation is due to be adopted and approved. The court hereby adopts and approves the findings and recommendation of the magistrate judge as the findings and conclusions of the court. In accord with the recommendation, this petition for writ of habeas corpus is due to be dismissed without prejudice to allow the petitioner to pursue available state remedies. An appropriate order will be entered.

DONE, this 4th day of November, 1998.

SHARON LOVELACE BLACKBURN
UNITED STATES DISTRICT JUDGE

---

[1] The court is treating the petitioner's uncaptioned pleading filed October 27, 1998 (doct. 25) as an objection to the report and recommendation.